STATE of Missouri, Respondent,

v.

Jerald Lee WEBB, Appellant.

No. ED 104484

Missouri Court of Appeals, Eastern District, DIVISION THREE.

Filed June 20, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 2017

Talmage E. Newton, IV, 7515 Delmar Blvd, St. Louis, MO. 63130, for appellant.

Christine K. Lesicko, P.O. Box 899, Jefferson City, MO. 65102, for respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., Lisa S. Van Amburg, J.

## ORDER

PER CURIAM.

Jerald Lee Webb ("Webb") appeals from the judgment of the trial court following a jury trial in which he was convicted of two counts of first-degree statutory rape, one count of second-degree statutory rape, and two counts of second-degree statutory sodomy. Webb asserts ten points on appeal. Webb's claims of error include instructional error, variances between the indictment and jury instructions, improper admission of evidence, and the sufficiency of the evidence to support his convictions. We have reviewed the briefs of the parties and the record on appeal, and we find the trial court did not err in its judgment. An extended opinion would have no jurisprudential purpose. We have, however, provided a

memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).